Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 E. Colorado Boulevard
Pasadena, CA  91107
Phone: (626) 795-0681
Facsimile: (626) 795-0725
thelmacohen@disabilitylawcentral.com
Attorneys for Plaintiff, NANCY LUTES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY M. LUTES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　Defendant | ED CV 08-1575-PLA<br><br>**ORDER OF UNITED STATES MAGISTRATE JUDGE RE ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412** |

　　Defendant is ordered to pay to plaintiff's counsel of record, as Plaintiff's assignee, the total amount of THREE THOUSAND, FIVE HUNDRED DOLLARS AND NO CENTS ($3,500.00) representing payment of all plaintiff's claims for attorney's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. § 2412(d).

Dated:　February 17, 2010　　　　/s/ - Paul L. Abrams
　　　　　　　　　　　　　　　　　PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE